# United States District Court

FOR THE

**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO


~~UNDER SEAL~~

FILED

JUN 18 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

(1) JOSHUA BARNES,
(2) ERASTO CAMPOS, a/k/a Eric Campos,
(3) NICOLE DUNLAP,
(4) MAURICE FRIERA,
(5) MICHAEL OKEEFE,
(6) MARCUS SMITH,
(7) MICHAEL SUDERMAN, and
(8) GREGORY WILSON, a/k/a Gregory Wilson,

*CR 19- 0257 SI*

DEFENDANT(S).

# INDICTMENT

18 U.S.C. § 371 – Conspiracy to Counterfeit Obligations of the United States;
18 U.S.C. § 471 – Counterfeiting Obligations of the United States;
18 U.S.C. § 472 – Passing and Possessing Counterfeit Obligations of the United States (14);
18 U.S.C. § 1029(b)(2) – Conspiracy to Commit Access Device Fraud;
18 U.S.C. § 1029(a)(3) – Fraudulent Possession of Fifteen or More Counterfeit or Unauthorized Access Devices (2);
18 U.S.C. § 1029(a)(4) – Fraudulent Possession of Device-Making Equipment (2);
18 U.S.C. § 1028A – Aggravated Identity Theft (2);
18 U.S.C. §§ 492, 981, 982, 1029 – Forfeiture

A true bill.

*True Bill*

*[signature]*

Foreman

Filed in open court this _____ day of

_____.

*[signature]*

Clerk

Bail, $ *No process*

LAUREL BEELER

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☒ SUPERSEDING

--- OFFENSE CHARGED ---

See Attachment A

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See Attachment B

UNDER SEAL

--- Name of District Court, and/or Judge/Magistrate Location ---

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--- DEFENDANT - U.S ---

Joshua BARNES et al. (CAMPOS, DUNLAP, FRIERA, OKEEFE, SMITH, SUDERMAN, and WILSON) ☐

DISTRICT COURT NUMBER

CR 19-0257 SI

--- PROCEEDING ---

Name of Complaintant Agency, or Person (& Title, if any)

United States Secret Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:   } SHOW DOCKET NO.
  ☐ U.S. ATTORNEY  ☐ DEFENSE

☐ this prosecution relates to a pending case involving this same defendant   } MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under   }

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   ERIC CHENG

--- DEFENDANT ---

IS *NOT* IN CUSTODY
  Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▸

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

FILED
JUN 18 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction   } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
  If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   } If "Yes" give date filed
been filed?  ☐ No

DATE OF ARREST ▸   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▸   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

**Attachment A to Penalty Sheet**
**JOSHUA BARNES, ERASTO CAMPOS, a/k/a Eric Campos, NICOLE DUNLAP,**
**MAURICE FRIERA, MICHAEL OKEEFE, MARCUS SMITH, MICHAEL SUDERMAN,**
**and GREGORY WILSON, a/k/a Gregory Wilson**

## Offenses Charged

Count 1:  18 U.S.C. § 371 – Conspiracy to Counterfeit Obligations of the United States

Count 2:  18 U.S.C. § 471 – Counterfeiting Obligations of the United States

Counts 3-16:  18 U.S.C. § 472 – Passing and Possessing Counterfeit Obligations of the United States

Count 17:  18 U.S.C. § 1029(b)(2) – Conspiracy to Commit Access Device Fraud

Counts 18-19:  18 U.S.C. § 1029(a)(3) – Fraudulent Possession of Fifteen or More Counterfeit or Unauthorized Access Devices

Counts 20-21:  18 U.S.C. § 1029(a)(4) – Fraudulent Possession of Device-Making Equipment

Counts 22-23:  18 U.S.C. § 1028A – Aggravated Identity Theft

**Attachment B to Penalty Sheet**
**JOSHUA BARNES, ERASTO CAMPOS, a/k/a Eric Campos, NICOLE DUNLAP,**
**MAURICE FRIERA, MICHAEL OKEEFE, MARCUS SMITH, MICHAEL SUDERMAN,**
**and GREOGORY WILSON, a/k/a Gregory Wilson**

## Maximum Penalties

**18 U.S.C. § 371 – Conspiracy to Counterfeit Obligations of the United States**
- Maximum prison term                     5 years
- Maximum fine                            $250,000
- Maximum supervised release term         3 years
- Mandatory special assessment            $100

**18 U.S.C. § 471 – Counterfeiting Obligations of the United States**
**18 U.S.C. § 472 – Passing and Possessing Counterfeit Obligations of the United States**
- Maximum prison term                     20 years
- Maximum fine                            $250,000
- Maximum supervised release term         3 years
- Mandatory special assessment            $100

**18 U.S.C. § 1029(b)(2) – Conspiracy to Commit Access Device Fraud**
- Maximum prison term                     7.5 years
- Maximum fine                            $250,000
- Maximum supervised release term         3 years
- Mandatory special assessment            $100

**18 U.S.C. § 1029(a)(3) – Fraudulent Possession of Fifteen or More Counterfeit or Unauthorized Access Devices**
- Maximum prison term                     10 years
- Maximum fine                            $250,000
- Maximum supervised release term         3 years
- Mandatory special assessment            $100

**18 U.S.C. § 1029(a)(4) – Fraudulent Possession of Device-Making Equipment**
- Maximum prison term                     15 years
- Maximum fine                            $250,000
- Maximum supervised release term         3 years
- Mandatory special assessment            $100

**18 U.S.C. § 1028A – Aggravated Identity Theft**
- Minimum prison term                     2 years consecutive
- Maximum fine                            $250,000
- Maximum supervised release term         1 year
- Mandatory special assessment            $100

1   DAVID L. ANDERSON (CABN 149604)
    United States Attorney
2

3

4

5

6                                    

7

8                            UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO DIVISION

11   UNITED STATES OF AMERICA,              )   No. CR 19-0257 SI
                                            )
12          Plaintiff,                      )   VIOLATIONS:
                                            )   18 U.S.C. § 371 – Conspiracy to Counterfeit
13          v.                              )   Obligations of the United States;
                                            )   18 U.S.C. § 471 – Counterfeiting Obligations of the
14   (1) JOSHUA BARNES,                     )   United States;
     (2) ERASTO CAMPOS, a/k/a Eric Campos,  )   18 U.S.C. § 472 – Passing and Possessing Counterfeit
15   (3) NICOLE DUNLAP,                     )   Obligations of the United States (Fourteen Counts);
     (4) MAURICE FRIERA,                    )   18 U.S.C. § 1029(b)(2) – Conspiracy to Commit
16   (5) MICHAEL OKEEFE,                    )   Access Device Fraud;
     (6) MARCUS SMITH,                      )   18 U.S.C. § 1029(a)(3) – Fraudulent Possession of
17   (7) MICHAEL SUDERMAN, and              )   Fifteen or More Counterfeit or Unauthorized Access
     (8) GREGORY WILSON, a/k/a Gregory      )   Devices (Two Counts);
18   Wilson,                                )   18 U.S.C. § 1029(a)(4) – Fraudulent Possession of
                                            )   Device-Making Equipment (Two Counts);
19          Defendants.                     )   18 U.S.C. § 1028A – Aggravated Identity Theft (Two
                                            )   Counts);
20                                          )   18 U.S.C. §§ 492, 981, 982, 1029 – Forfeiture
                                            )
21   _____)   UNDER SEAL

22                          S U P E R S E D I N G   I N D I C T M E N T

23   The Grand Jury charges:

24   COUNT ONE:          (18 U.S.C. § 371 – Conspiracy to Counterfeit Obligations of the United States)

25          Beginning on a date unknown, but no later than in or around September 2018, and continuing

26   through in or about May 2019, in the Northern District of California, the defendants,

27                                    JOSHUA BARNES,
                                ERASTO CAMPOS, a/k/a Eric Campos,
28                                    NICOLE DUNLAP,
                                      MAURICE FRIERA,

     INDICTMENT


FILED
JUN 18 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

1  MICHAEL OKEEFE,
MARCUS SMITH,
2  MICHAEL SUDERMAN, and
GREOGORY WILSON, a/k/a Gregory Wilson,
3

4  did unlawfully and knowingly conspire with each other, and with others known and unknown to the

5  Grand Jury, to falsely make, forge, counterfeit, alter, pass, utter, publish, sell, keep in possession, and

6  conceal false, forged, counterfeited, and altered obligations of the United States, with the intent to

7  defraud, in violation of Title 18, United States Code, Sections 471 and 472, and buy, exchange, transfer,

8  receive, and deliver false, forged, counterfeited, and altered obligations of the United States, with the

9  intent that the same be passed, published, and used as true and genuine, in violation of Title 18, United

10  States Code, Section 473.

11  <u>Manner and Means</u>

12  Among the manner and means by which the defendants and others known and unknown to the

13  Grand Jury carried out the counterfeiting conspiracy were the following:

14  a.  BARNES and other Defendants made counterfeit one hundred dollar Federal

15  Reserve Notes at various locations throughout the Northern District of California

16  such as residences and hotel rooms;

17  b.  Defendants bought, exchanged, transferred, received, delivered, kept in

18  possession, and concealed counterfeit one hundred dollar Federal Reserve Notes

19  in the Northern District of California; and

20  c.  Defendants passed, uttered, published, and sold counterfeit one hundred dollar

21  Federal Reserve Notes throughout the Northern District of California, including at

22  various businesses to purchase items or services, obtain genuine currency as

23  change, and return items for genuine currency.

24  <u>Overt Acts</u>

25  In furtherance of the conspiracy and to effect the objects thereof, one or more of the defendants

26  and others known and unknown to the Grand Jury committed and caused to be committed the following

27  acts in the Northern District of California, among others:

28  a.  On or about September 24, 2018, the defendants ERASTO CAMPOS and

INDICTMENT                    2

1    MICHAEL OKEEFE passed counterfeit one hundred dollar Federal Reserve
2    Notes at REI in Berkeley, California;

3    b.   On or about December 2, 2018, the defendant NICOLE DUNLAP passed a
4    counterfeit one hundred dollar Federal Reserve Note at Papa Johns in San
5    Francisco, California;

6    c.   On or about December 26, 2018, the defendant MICHAEL SUDERMAN passed
7    counterfeit one hundred dollar Federal Reserve Notes at Target in Pleasant Hill,
8    California.

9    d.   On or about April 3, 2019, the defendant MARCUS SMITH possessed counterfeit
10   one hundred dollar Federal Reserve Notes in Oakland, California;

11   e.   On or about April 4, 2019, a vehicle driven by defendant GREOGORY WILSON
12   contained counterfeit one hundred dollar Federal Reserve Notes in Hayward,
13   California;

14   f.   On or about April 25, 2019, the residence of the defendant JOSHUA BARNES in
15   San Francisco, California contained counterfeit one hundred dollar Federal
16   Reserve Notes, counterfeit one hundred dollar Federal Reserve Notes in various
17   stages of processing with only the face or the back of the note printed, altered or
18   bleached one dollar Federal Reserve Notes, sheets containing printed images of
19   Federal Reserve Notes, printers, ink cartridges, laptops, and other computer
20   equipment; and

21   g.   On or about April 29, 2019, MAURICE FRIERA possessed counterfeit one
22   hundred dollar Federal Reserve Notes in San Francisco, California.

23   In each of the aforementioned acts, some or all of the specified counterfeit one hundred dollar
24 Federal Reserve Notes had identifiers and characteristics that matched some or all of the counterfeit one
25 hundred dollar Federal Reserve Notes specified in each of the other aforementioned acts.

26   All in violation of Title 18, United States Code, Section 371.

27 //
28 //

INDICTMENT                          3

1  COUNT TWO:        (18 U.S.C. § 471 – Counterfeiting Obligations of the United States)

2         Beginning on a date unknown, but no later than in or around September 2018, and continuing

3  through in or about May 2019, in the Northern District of California, the defendant,

4                          JOSHUA BARNES,

5  with intent to defraud, did falsely make, forge, counterfeit, and alter obligations of the United States, to

6  wit, Federal Reserve Notes in one hundred dollar denominations, in violation of Title 18, United States

7  Code, Section 471.

8  COUNTS THREE THROUGH SIXTEEN:   (18 U.S.C. § 472 – Passing and Possessing Counterfeit
                                       Obligations of the United States)
9

10        On or about the dates set forth in the separate counts below, the defendants set forth in the

11  separate counts below, in the Northern District of California, with intent to defraud, did pass, utter,

12  publish, sell falsely made, forged, counterfeited, and altered obligations of the United States, to wit,

13  Federal Reserve Notes in one hundred dollar denominations, which he or she then knew to be falsely

14  made, forged, counterfeited, and altered:

| Count | Date | Defendants | Location |
|-------|------|-----------|----------|
| 3 | 9/24/2018 | ERASTO CAMPOS and MICHAEL OKEEFE | REI in Berkeley, California |
| 4 | 12/2/2018 | NICOLE DUNLAP | Papa Johns in San Francisco, California |
| 5 | 12/26/2018 | MICHAEL SUDERMAN | Target in Pleasant Hill, California |
| 6 | 12/27/2018 | MICHAEL OKEEFE | REI in Berkeley, California |
| 7 | 4/24/2019 | JOSHUA BARNES and ERASTO CAMPOS | Office Depot in San Francisco, California |
| 8 | 4/24/2019 | ERASTO CAMPOS | Dunkin' Donuts in South San Francisco, California |

20        On or about the dates set forth in the separate counts below, the defendants set forth in the

21  separate counts below, in the Northern District of California, with intent to defraud, did keep in

22  possession and conceal falsely made, forged, counterfeited, and altered obligations of the United States,

23  to wit, Federal Reserve Notes in one hundred dollar denominations, which he then knew to be falsely

24  made, forged, counterfeited, and altered:

| Count | Date | Defendants | Location |
|-------|------|-----------|----------|
| 9 | 12/26/2018 | MICHAEL SUDERMAN | Pleasant Hill, California |
| 10 | 4/3/2019 | MARCUS SMITH | Oakland, California |
| 11 | 4/4/2019 | GREGORY WILSON | Hayward, California |
| 12 | 4/7/2019 | GREGORY WILSON | Piedmont, California |
| 13 | 4/24/2019 | JOSHUA BARNES | San Francisco, California |
| 14 | 4/25/2019 | JOSHUA BARNES | San Francisco, California |

INDICTMENT                                4

| Count | Date | Defendants | Location |
|---|---|---|---|
| 15 | 4/29/2019 | JOSHUA BARNES | San Francisco, California |
| 16 | 4/29/2019 | MAURICE FRIERA | San Francisco, California |

Each in violation of Title 18, United States Code, Section 472.

COUNT SEVENTEEN:        (18 U.S.C. § 1029(b)(2) – Conspiracy to Commit Access Device Fraud)

Beginning on a date unknown, but no later than in or around December 2018, and continuing through in or about April 2019, in the Northern District of California, the defendants,

NICOLE DUNLAP and MARCUS SMITH,

did unlawfully and knowingly conspire with each other, and with others known and unknown to the Grand Jury, to produce, use, and traffic in counterfeit access devices, with intent to defraud, in violation of Title 18, United States Code, Section 1029(a)(1), possess more than fifteen counterfeit and unauthorized access devices, with intent to defraud, in violation of Title 18, United States Code, Section 1029(a)(3), and have control and custody of, and possess device-making equipment, with the intent to defraud, in violation of Title 18, United States Code, Section 1029(a)(4), all affecting interstate and foreign commerce.

### Overt Acts

In furtherance of the conspiracy and to effect the objects thereof, one or more of the defendants and others known and unknown to the Grand Jury committed and caused to be committed the following acts in the Northern District of California, among others:

a.      On or about December 2, 2018, the defendant NICOLE DUNLAP possessed more than fifteen counterfeit access devices with account numbers fraudulently embossed and encoded, and equipment primarily used for making an access device or a counterfeit access device, in San Francisco, California; and

b.      On or about April 3, 2019, the defendant MARCUS SMITH possessed more than fifteen counterfeit access devices with account numbers fraudulently embossed and encoded, and equipment primarily used for making an access device or a counterfeit access device, in Oakland, California.

All in violation of Title 18, United States Code, Section 1029(b)(2).

//

INDICTMENT                    5

1 | COUNT EIGHTEEN:      (18 U.S.C. § 1029(a)(3) – Fraudulent Possession of Fifteen or More
                         Counterfeit or Unauthorized Access Devices)
2

3      On or about December 2, 2018, in the Northern District of California, the defendant,

4                                  NICOLE DUNLAP,

5  did knowingly and with intent to defraud possess at least fifteen counterfeit and unauthorized access

6  devices, and, by such conduct, affected interstate and foreign commerce, in violation of Title 18, United

7  States Code, Section 1029(a)(3).

8  | COUNT NINETEEN:     (18 U.S.C. § 1029(a)(3) – Fraudulent Possession of Fifteen or More
                         Counterfeit or Authorized Access Devices)
9

10     On or about April 3, 2019, in the Northern District of California, the defendant,

11                                 MARCUS SMITH,

12 did knowingly and with intent to defraud possess at least fifteen counterfeit and unauthorized access

13 devices, and, by such conduct, affected interstate and foreign commerce, in violation of Title 18, United

14 States Code, Section 1029(a)(3).

15 | COUNT TWENTY:       (18 U.S.C. § 1029(a)(4) – Fraudulent Possession of Device-Making
                        Equipment)
16

17     On or about December 2, 2018, in the Northern District of California, the defendant,

18                                 NICOLE DUNLAP,

19 did knowingly and with intent to defraud produce, traffic in, have custody and control of, and possess

20 device-making equipment, and, in so doing, affected interstate and foreign commerce, in violation of

21 Title 18, United States Code, Section 1029(a)(4).

22 | COUNT TWENTY-ONE:   (18 U.S.C. § 1029(a)(4) – Fraudulent Possession of Device-Making
                        Equipment)
23

24     On or about April 3, 2019, in the Northern District of California, the defendant,

25                                 MARCUS SMITH,

26 did knowingly and with intent to defraud produce, traffic in, have custody and control of, and possess

27 device-making equipment, and, in so doing, affected interstate and foreign commerce, in violation of

28 Title 18, United States Code, Section 1029(a)(4).

INDICTMENT                              6

1   COUNT TWENTY-TWO:           (18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft)

2            On or about December 2, 2018, in the Northern District of California, the defendant,

3                                          NICOLE DUNLAP,

4   did knowingly possess and use, without lawful authority, the means of identification of another person,

5   specifically, the name, date of birth, and state or government-issued driver's license of the real person

6   K.F., during and in relation to a felony violation of 18 U.S.C. § 1029(b)(2), as described in Count

7   Seventeen of this Indictment, in violation of Title 18, United States Code, Section 1028A(a)(1).

8   COUNT TWENTY-THREE:         (18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft)

9            On or about April 3, 2018, in the Northern District of California, the defendant,

10                                          MARCUS SMITH,

11   did knowingly possess and use, without lawful authority, the means of identification of another person,

12   specifically, the name, date of birth, and state or government-issued driver's license of the real person

13   T.S., during and in relation to a felony violation of 18 U.S.C. § 1029(b)(2), as described in Count

14   Seventeen of this Indictment, in violation of Title 18, United States Code, Section 1028A(a)(1).

15   FORFEITURE ALLEGATIONS:      (18 U.S.C. §§ 492, 981, 982, 1029 – Forfeiture)

16            The factual allegations contained this Indictment are hereby re-alleged and incorporated by

17   reference herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections

18   492, 981, 982, 1029 and Title 28, United States Code, Section 2461(c).

19            Upon a conviction of any of the offenses alleged in Counts One through Sixteen, the defendants,

20                              JOSHUA BARNES,
                     ERASTO CAMPOS, a/k/a Eric Campos,
21                              NICOLE DUNLAP,
                                MAURICE FRIERA,
22                              MICHAEL OKEEFE,
                                 MARCUS SMITH,
23                           MICHAEL SUDERMAN, and
                     GREOGORY WILSON, a/k/a Gregory Wilson,

24

25   shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 492, 981(a)(1)(C),

26   Section 982(a)(2)(B), and Title 28, United States Code, Section 2461(c), any property constituting, or

27   derived from, proceeds the defendant obtained directly or indirectly as a result of the violation, and all

28   counterfeits of any coins and obligations and other securities of the United States and any material or

INDICTMENT                              7

1   apparatus used or fitted or intended to be used, in the making of such counterfeits, articles, devices, or
2   things, including but not limited to a forfeiture money judgment.

3            Upon a conviction of any of the offenses alleged in Counts Seventeen through Twenty-Three, the
4   defendants,

5                                NICOLE DUNLAP and MARCUS SMITH,

6   shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 982(a)(2)(B),
7   1029(c)(1)(C), and Title 28, United States Code, Section 2461(c), any property constituting, or derived
8   from, proceeds the defendant obtained directly or indirectly as a result of the violation, and any personal
9   property used or intended to be used to commit, or facilitate the commission, of the offenses, including
10  but not limited to a forfeiture money judgment.

11           If any of the property described above, as a result of any act or omission of a defendant:

12           a.      cannot be located upon the existence of due diligence,

13           b.      has been transferred, sold to, or deposited with a third person,

14           c.      has been placed beyond the jurisdiction of the Court,

15           d.      has been substantially diminished in value, or

16           e.      has been commingled with other property which cannot be divided without
17                   difficulty,

18  the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States
19  Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 981, 982, 1029, and
20  Title 28, United States Code, Section 2461(c).

21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

INDICTMENT                                          8

1    //

2        All pursuant to Title 18, United States Code, Sections 492, 981, 982, and 1029, Title 28, United

3    States Code, Section 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.

4

5    DATED:                                   A TRUE BILL.

6

7                                            _____

8                                            FOREPERSON

9    DAVID L. ANDERSON
      United States Attorney

10

11

12    _____
      ERIC CHENG
      Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

   INDICTMENT                               9