STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
450 Golden Gate Avenue, 19th floor
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: ellen_leonida@fd.org

Counsel for Defendant, MICAHAEL SUDERMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    PLAINTIFF,<br><br>v.<br><br>MICHAEL SUDERMAN,<br>    DEFENDANT. | CR 19-257 SI<br><br>STIPULATION TO CONTINUE HEARING; [PROPOSED] ORDER |

IT IS HEREBY STIPULATED, by the parties to this action that the hearing currently set for January 10, 2020, be continued to February 7, 2020. Defendant requests this continuance because pretrial requires additional time to complete their evaluation of Mr. Suderman's eligibility for the CAP program.

DATED: January 9, 2020                             /S/
                                                                ELLEN V. LEONIDA
                                                                Assistant Federal Public Defender
                                                                Counsel for Defendant Lenier Lacey

DATED: January 9, 2020                             /S/
                                                                ERIC CHENG
                                                                Assistant United States Attorney

U.S. v. Suderman, CR 19-257 SI
Stip. to Cont. Sent.

1

**ORDER**

IT IS HEREBY ORDERED THAT the hearing currently set for January 10, 2020, be vacated and reset for February 7, 2020.

IT IS SO ORDERED.

DATED: _____     _____
                                  HON. SUSAN ILLSTON
                                  UNITED STATES DISTRICT JUDGE

U.S. v. Suderman, CR 19-257 SI
Stip. to Cont. Sent.